**Order entered July 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV

## IN THE INTEREST OF I.S., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695**

## ORDER

This appeal follows the trial court's judgment terminating appellant's parental rights to her children. The clerk's record reflects trial counsel for appellant, who is indigent, filed a motion to withdraw and appoint appellate counsel. Although the record reflects the trial court has "released" counsel "from further obligation in this cause," the record does not reflect appellate counsel has been appointed.

Because appellant is presumed to remain indigent through any appeals absent changed circumstances, appellate counsel must be appointed. *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016) (citation omitted). Accordingly, we **ORDER** the trial court to appoint counsel, if counsel has not already been appointed, to represent appellant on appeal. Counsel shall be appointed **no later than July 15, 2019**, and a supplemental clerk's record containing the appointment order shall be filed no later than **July 18, 2019.** So that the Court may determine its jurisdiction, the supplemental clerk's record shall also contain a copy of the associate judge's July 24, 2014 and

September 4, 2014 reports; the June 13, 2016 order setting hearing; any orders resulting from or that followed the September 22, 2016 bench trial and August 21, 2017 pretrial hearing; the associate judge's September 20, 2017 report; and the September 26, 2017 "Petition for CPS in a Pending Action."

We note the reporter's record has not been filed because appellant has not requested it. We **ORDER** appellant's appellate counsel to file, no later than July 22, 2019, written verification that either the reporter's record has been requested or will not be requested. The deadline for filing appellant's brief on the merits will be set once the verification is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the trial court; Dallas County Clerk Felicia Pitre; Janet Saavedra, Official Court Reporter for the 254th Judicial District Court; and the parties, including trial counsel.

/s/     KEN MOLBERG
        JUSTICE